TODD BLANCHE
Deputy Attorney General of the United States
SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar Number 5634
Tina Snellings
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00240-GMN-BNW |
| Plaintiff, | |
| v. | **Certification of Supervision** |
| Devonte Devon Jackson, | |
| Defendant. | |

**Certification: This pleading is timely filed pursuant to the Court's Order [ECF No. 42].**

Pursuant to the Court's order dated September 30, 2025 [ECF No. 42], I certify for the purposes of this case that my immediate supervisor is Melanee Smith, Section Chief of General Crimes. She is supervised by Susan Cushman, Criminal Division Chief who, in turn, is supervised by Sue Fahami, Executive Assistant U.S. Attorney. For purposes of this case, Sue Fahami is supervised directly by Todd Blanche, Deputy Attorney General of the United States.

Sigal Chattah does not supervise this case or supervise me for purposes of this case.

1  Respectfully submitted this 6th day of October 2025.

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Tina Snellings*
TINA SNELLINGS
Assistant United States Attorney
*Attorney for the United States*