RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Devonte Devon Jackson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00240-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES** |
| v. | |
| DEVONTE DEVON JACKSON, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Devonte Devon Jackson, that the calendar call currently scheduled for May 12, 2026 at 9:00 a.m., and the trial scheduled for May 18, 2026 at 8:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including June 9, 2026, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including June 23, 2026, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including June 30, 2026, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. An interlocutory appeal is pending: *United States of America v. Jackson*, Case No. 25-6214 (9th Cir.). Oral argument took place on February 12, 2026, and the parties subsequently filed various supplemental authorities. A decision is pending. The parties request a continuance to accommodate the interlocutory appeal.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED this 1st day of April, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General |
| By */s/ Rick Mula* | By */s/ Tina Snellings* |
| RICK MULA<br>Assistant Federal Public Defender | TINA SNELLINGS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00240-GMN-BNW |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| DEVONTE DEVON JACKSON, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. An interlocutory appeal is pending: *United States of America v. Jackson*, Case No. 25-6214 (9th Cir.). Oral argument took place on February 12, 2026, and the parties subsequently filed various supplemental authorities. A decision is pending. The parties request a continuance to accommodate the interlocutory appeal.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including June 9, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including June 23, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including June 30, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the _____ day of _____, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for May 12, 2026, at the hour of 9:00 a.m., be vacated and continued to _____ at the hour of ___:___ __.m.; and the trial currently scheduled for May 18, 2026, at the hour of 8:30 a.m., be vacated and continued to _____ at the hour of ___:___ __.m.

DATED this _____ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

4